IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FORCEPOINT LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 1:19-cv-00614 |
| v. | § § | |
| ONGUARD SYSTEMS, LLC, | § § | **JURY DEMANDED** |
| Defendant. | § § | |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiff Forcepoint LLC hereby voluntarily dismisses the captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff notes that Defendant OnGuard Systems, LLC has not served an answer or filed a motion for summary judgment. Thus, dismissal by notice is proper, and such dismissal is without prejudice.

Respectfully submitted,

Dated: September 19, 2019

*/s/ Stephen P. Meleen*
Stephen P. Meleen
State Bar No. 00795776
Elizabeth Stafki
State Bar No. 24086835
PIRKEY BARBER PLLC
600 Congress Ave., Suite 2120
Austin, TX 78702
(512) 322-5200
(512) 322-5201 (facsimile)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I hereby certify that, on September 19, 2019, a true and correct copy of the foregoing is being served on Defendant via first-class mail, postage prepaid:

 OnGuard Systems, LLC
 250 West Old Wilson Bridge Road, Suite 140
 Worthington, Ohio 43085

A courtesy copy of the foregoing is also being served on Defendant's counsel via email:

 Jeffrey C. Norris
 jnorris@standleyllp.com

           */s/ Stephen P. Meleen*
           Stephen P. Meleen